☐ Priority
☑ Send
☐ Clsd
☐ Enter
☑ JS-5/JS-6
☐ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*Jeff L. Azer*

Plaintiff(s),

CV-99-7419-ER

ENTERED
CLERK U.S. DISTRICT COURT
FEB 18 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

v.

*Arnoldo Alvarado*

Defendant(s).

ORDER DISMISSING

CIVIL ACTION

☐ THE COURT having been advised by Counsel for the parties that the above-entitled action has been settled. However, to date, Counsel have:

  ☐ failed to file the appropriate stipulation for dismissal, or

  ☑ failed to respond to the Order to Show Cause Re: Dismissal of Action by reason of:

  _____

  _____

☐ Other _____

  _____

  _____

  _____

IT IS THEREFORE ORDERED that this action is hereby dismissed.

IT IS FURTHER ORDERED that this Order is a final judgment for purposes of Rule 54(a), F.R.Cv.P. It shall be entered pursuant to Rule 58, F.R.Cv.P., and served upon the parties.

Dated: **FEB 14 2000**

CLERK, U. S. DISTRICT COURT

By _*Judy Matthew*_
Deputy Clerk

FEB 18 2000

✓ Docketed
5 Copies / NTC Sent
✓ JS - 5 / JS - 6
☐ JS - 2 / JS - 3
☐ CLSD